# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BENITO REYES SANTANA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | ED CV 18-1595-CJC (SP) |
| v. | |
| FCI VICTORVILLE MEDICAL STAFF | **JUDGMENT** (Failure to Pay the Initial Partial Filing Fee) |
| DEFENDANT(S). | |

On  August 27, 2018 , plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court an initial partial filing fee.

By Order to Show Cause dated  March 14, 2019 and June 7, 2019 , plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure timely to pay the initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

August 19, 2019
Date

United States District Judge

Presented by:

United States Magistrate Judge